IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    v.<br><br>**LUIS E. OLIVERA-QUINTANA,**<br>    **Defendant** | **Criminal No. 06-401 (ADC)**<br>**Criminal No. 06-402 (GAG)** |

## ORDER

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Bruce J. McGiverin on June 12, 2007. (**Docket Nos. 51 and 71**.) In said Report and Recommendations the Magistrate-Judge recommends that: defendant **Luis E. Olivera-Quintana** be adjudged guilty of the offenses charged in Count I of Cr. 06-401 (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841 (b)(1)(B) and 846 and in Count I of Cr. 06-402 (GAG) (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Criminal No. 06-401 (ADC) and Criminal No. 06-402 (GAG)                                    Page -2-

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

**The sentencing hearing is set for September 17, 2007 at 11:45 a.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 13th day of July, 2007.

                                                          S/**AIDA M. DELGADO-COLON**
                                                          **United States District Judge**